# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| DARRELL L. ANDERSON, | |
| Petitioner, | No. C06-2056-LRR |
| vs. | |
| JOHN AULT, | ORDER |
| Respondent. | |

This matter is before the court on the respondent's motion to dismiss (Docket No. 15). The respondent filed such motion on October 31, 2006. Although he needed to resist the respondent's motion to dismiss by November 17, 2006, the petitioner never filed a resistance. *See* L.R. 6.1; L.R. 7.1(e). Because it is properly supported and unresisted, the motion to dismiss is granted. *See* L.R. 7.1(f). The Clerk of Court is directed to enter judgment dismissing this action.

**IT IS SO ORDERED.**

**DATED** this 27th day of November, 2006.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA